IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>RHODIE D FOWLER<br>    Debtor,<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, SERVICING AGENT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA8<br>    Movant,<br><br>                    v.<br><br>RHODIE D FOWLER, and<br>KENNETH E. WEST, Trustee,<br>    Respondents. | Bankruptcy No. 25-14536-djb<br><br>Chapter 13 |

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

AND NOW COMES, Movant, NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicing Agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for The Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA8, Mortgage Pass-Through Certificates, Series 2007-OA8 (the "Movant"), by and through its undersigned counsel, Bernstein-Burkley, P.C., and files this Objection to Confirmation of the Debtor's Chapter 13 Plan (the "Objection") filed November 7, 2025, stating as follows:

    1.    Respondent, Rhodie D Fowler (the "Debtor") filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on November 7, 2025 (the "Petition Date").

    2.    Kenneth E. West is the duly appointed Chapter 13 Trustee and is currently acting in such a capacity.

3. NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicing Agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for The Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA8, Mortgage Pass-Through Certificates, Series 2007-OA8 holds a mortgage (the "Mortgage") on the Debtor's real property located at 983 Allengrove Street, Philadelphia, Pennsylvania 19124 ("Property"), recorded in the Office of the Recorder of Deeds for Philadelphia County, Pennsylvania, to secure a Note (the "Note") with a principal balance of $237,500.00. True and correct copies of the Mortgage and Note are attached hereto as Exhibits "A", and "B" respectively.

4. The Contract requires principal and interest payments of $1,033.62, with an annual percentage rate of 3.250%.

5. The Total Debt on the Note as of November 18, 2025, was $393,473.98. The total pre-petition arrears due at the Petition Date were $271,015.52. These amounts will be outlined in the Proof of Claim that will be filed by Movant prior to the bar date.

6. Debtor's Chapter 13 Plan filed November 7, 2025, list Movant's pre-petition arrears at $25,000.00.

7. The Debtor's Chapter 13 Plan fails to fully provide for Movants pre-petition arrears and therefore fails to comply with 11 U.S.C. § 1322.

8. The Movant's Proof of Claim should govern.

WHEREFORE, Movant, NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicing Agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for The Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA8, Mortgage Pass-Through Certificates, Series 2007-OA8 respectfully requests that this Honorable Court deny confirmation of Debtor's Chapter 13 Plan.

Dated: November 24, 2025

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

*Counsel for Movant*