**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | | |
|---|---|---|
| IN RE: | ) | |
| RHODIE D FOWLER, | ) | **CASE NO.: 25-14536-DJB** |
| | ) | **CHAPTER 13** |
| DEBTOR. | ) | **JUDGE DEREK J BAKER** |
| | ) | |
| U.S. BANK NATIONAL ASSOCIATION, NOT | ) | |
| IN ITS INDIVIDUAL CAPACITY BUT SOLELY | ) | |
| AS TRUSTEE OF THE NRZ PASS-THROUGH | ) | |
| TRUST XI, | ) | |
| | ) | |
| CREDITOR. | ) | |
| | ) | |
| RHODIE D FOWLER, DEBTOR, | ) | |
| LARRY D. FOWLER, CO-DEBTOR | ) | |
| AND KENNETH E. WEST, TRUSTEE, | ) | |
| | ) | |
| RESPONDENTS. | ) | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Movant is U.S. Bank National Association, not in its individual capacity but solely as Trustee of the NRZ Pass-Through Trust XI (hereinafter "Movant").

2. Rhodie D Fowler ("Debtor") and Larry D. Fowler ("Co-Debtor") are the owners of the property described as 1818 Fillmore Street, City of Philadelphia, Pennsylvania 19124 (hereinafter the "Property").

3. On February 20, 2026, Movant filed a Motion for Relief from Stay and Co-Debtor Stay in this case and Debtor filed a Response on February 26, 2026.

4. As of March 19, 2026, the post-petition arrearage on the mortgage held by Movant on the Property is **$4,410.80,** which breaks down as follows:

<u>Post-Petition Payments:</u>  $572.36 for the months of November 17, 2025 through March 17, 2026, totaling $2,861.80
<u>Fees & Costs:</u> $1,549.00 ($1,350 fees and $199.00 costs)
<u>Suspense Balance:</u> $0.00
**Total Post-Petition Arrears with fees and costs: $4,410.80**

5. Debtor and Movant shall resolve this Motion in the following manner:

   a. Beginning April 1, 2026, Debtor shall make monthly cure payments in the amount of $735.14 for 5 months and $735.10 for 1 month, with payments to be completed on or before September 2, 2026.

   b. Beginning with the April 2026 payment and continuing thereafter, Debtor shall pay to Movant the present regular monthly mortgage payment of $572.36 (or as adjusted pursuant to the terms of the mortgage) on or before the seventeenth (17th) day of each month (with late charges being assessed after the 1st of the following month).

6. Beginning April 17, 2026, Debtor shall resume timely remittance of the regular monthly mortgage payments. Payments should be sent to the below address:

**Shellpoint Mortgage Servicing**
**P.O. Box 650840**
**Dallas, TX 75265-0840**

7. In the event the payments above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor's attorney of the default in writing and Debtor may cure said default within TWENTY (20) days of the date of said notice.  If Debtor should fail to cure the default within TWENTY (20) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant immediate relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(4).

8. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

9. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

10. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

11. The provisions of this stipulation are without prejudice to any of our rights and remedies available to the Trustee.

12. The parties agree that an electronic signature shall be considered an original signature.

Date: 3/30/26                           By:     /s/ Joshua I. Goldman
                                                Joshua I, Goldman, Esquire
                                                Attorney for Movant

Date: 3/30/26                           By:     /s/ Brad J. Sadek *(w permission)*
                                                Brad J. Sadek, Esquire
                                                Attorney for Debtor
                                                No Objection - Without Prejudice to
                                                Any Trustee Rights or Remedies
Date: April 1, 2026                     By:     /s/ /s/ LeeAne O. Huggins
                                                Kenneth E. West
                                                Chapter 13 Trustee