IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, | Bankruptcy No. 25-14536-djb |
| RHODIE D FOWLER<br>    Debtor, | Chapter 13 |
| NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, SERVICING AGENT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA8<br>    Movant,<br><br>            v.<br><br>RHODIE D FOWLER, and<br>LARRY D. FOWLER (Non-Filing Co-Debtor), and<br>KENNETH E. WEST, Trustee, | |

MOTION FOR RELIEF & CO-DEBTOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes Movant, NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicing Agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for The Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA8, Mortgage Pass-Through Certificates, Series 2007-OA8 (the "Movant"), by and through its undersigned counsel, Metz, Lewis, Brodman, Must O'Keefe, and files this *Motion for Relief & Co-Debtor Relief from the Automatic Stay* (the "Motion"), representing as follows:

THE PARTIES

1.      Respondents, Rhodie D Fowler ("Debtor") and Larry D. Fowler ("Non-Filing Co-Debtor") are adult individuals with a residence located at: 983 Allengrove Street, Philadelphia, PA 19124.

2.     Kenneth E. West, is the duly appointed Chapter 13 Trustee and is currently acting in such a capacity.

## JURISDICTION AND VENUE

3.     This matter is a core proceeding and this Court has jurisdiction pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. Movant seeks relief pursuant to 11 U.S.C. § 362(d) and FRBP 4001 and 9014.

## FACTUAL BACKGROUND

4.     On or about November 7, 2025, Debtor filed a voluntary petition for relief pursuant to Chapter 13 of the Bankruptcy Code.

5.     NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicing Agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for The Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA8, Mortgage Pass-Through Certificates, Series 2007-OA8 holds a mortgage (the "Mortgage") on the Debtor's real property located at 983 Allengrove Street, Philadelphia, Pennsylvania 19124 (the "Property"), recorded in the Office of the Recorder of Deeds for Philadelphia County, Pennsylvania, to secure a Note (the "Note") with a principal balance of $237,500.00. True and correct copies of the Mortgage, Assignment of Mortgage, and Note are attached hereto as Exhibits "A", "B" and "C", respectively.

6.     While the Debtor, Rhodie D Fowler, and Non-Filing Co-Debtor, Larry D. Fowler did not endorse the original Mortgage and Note, the Debtors acquired the property via Indentured Deed. See Exhibit "D". The Mortgage remains a lien on the Debtors' property.

7.     NewRez LLC dba Shellpoint Mortgage Servicing services the underlying mortgage loan and note for the property referenced in this motion for Movant. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a

discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the Note. The Note is endorsed in blank. Movant is the beneficiary or the assignee of the Deed of Trust.

8.      Pursuant to the Note, mortgage payments are due on the 1st day of each month. As of April 22, 2026, the principal and interest mortgage payments are $978.38 plus an escrow payment of $684.17 for a total monthly mortgage payment of $1,662.55.

9.      The Total Debt as of April 22, 2026, is $355,165.46. This includes $159,347.72 unpaid principal balance, $82,124.25 in accrued interest, $101,062.71 in escrow advances, $13,348.14 in fees and cost, minus $717.36 in the Debtor's suspense.

10.      The Mortgage is in default for failure to maintain their monthly post-petition payments. As of April 22, 2026, this loan is due for December 1, 2025 – April 1, 2026 post-petition payments, for a total amount post-petition past due of $8,312.75.

11.      Additional Bankruptcy fees in the amount of $350.00, plus Bankruptcy cost of $199.00 will be incurred due to the filing of this motion.

12.      Code Section 1301 provides for a stay against collection against a co-debtor.

13.      Movant is entitled to co-debtor relief pursuant to 11 U.S.C. § 1301(c) because (i) Movant will be irreparably harmed if not able to pursue collection action against the Co-Debtor for any balance of the note not paid and for the right to sell the property.

14.      NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicing Agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for The Certificateholders

of CWALT, Inc., Alternative Loan Trust 2007-OA8, Mortgage Pass-Through Certificates, Series 2007-OA8 is entitled to relief from the automatic stay for cause, including lack of adequate protection and because Debtor has failed to make monthly payments to Movant. 11 U.S.C. § 362(d)(1).

15.    Within this motion, the Movant requests a waiver of Rule 4001(a)(4) to have relief effective upon entry of the Court Order.

WHEREFORE, Movant, NewRez LLC d/b/a Shellpoint Mortgage Servicing, Servicing Agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for The Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA8, Mortgage Pass-Through Certificates, Series 2007-OA8 respectfully requests that this Honorable Court enter an Order, pursuant to 11 U.S.C. § 362(d), granting Movant relief from stay, and relief from co-debtor stay under 11 U.S.C. §1301, with respect to the property located at: 983 Allengrove Street, Philadelphia, Pennsylvania 19124.

<div style="margin-left:50%">

Respectfully submitted,

METZ, LEWIS, BRODMAN, MUST
O'KEEFE

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112

*Counsel for Movant*

</div>

Dated:  May 12, 2026