UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>          RHODIE D FOWLER<br><br><br><br>          Debtor | Chapter 13<br><br>Bankruptcy No. 25-14536-DJB |

<u>TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307</u>

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.      Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 11/07/2025.

3.      This Motion to Dismiss has been filed for the following reason(s):

- There has been a material default by debtor(s) with respect to a term of a confirmed plan pursuant to 11 U.S.C. Section 1307 (c )(6).

WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee,  requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 06/15/2026                                    Respectfully submitted,


                                                   */s/ Kenneth E. West, Esq.*
                                                   Kenneth E. West, Esq.
                                                   Standing Chapter 13 Trusteee
                                                   190 N. Independence Mall West
                                                   Suite 701
                                                   Philadelphia, PA  19106
                                                   Telephone: (215) 627-1377