IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>RHODIE D FOWLER<br>Debtor,<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, AGENT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA8<br>Movant,<br><br>v.<br><br>RHODIE D FOWLER, and<br>KENNETH E. WEST, Chapter 13 Trustee,<br>Respondents. | Bankruptcy No. 25-14536-djb<br><br>Chapter 13 |

**PRAECIPE TO RE-LIST HEARING ON THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, comes Movant, NewRez LLC d/b/a Shellpoint Mortgage Servicing, Agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for The Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OA8, Mortgage Pass-Through Certificates, Series 2007-OA8 (the "Movant"), by and through its undersigned counsel, Keri P. Ebeck, Esquire, and files this *Praecipe to Relist Hearing the Motion for Relief from the Automatic Stay* (the "Praecipe"), stating as follows:

1. On May 21, 2026, Movant filed a Motion for Relief from the Automatic Stay at Docket No. 46.

2. On May 29, 2026, the Debtor filed a *Response to Motion for Relief from the Automatic Stay* (the "Response") at Docket No. 49.

3. On May 21, 2026, a Hearing was set on the Motion for Relief from the Automatic Stay. The Hearing was scheduled for June 18, 2026.

4. On June 18, 2026, the matter was marked as settled and a stipulation to resolve Motion for Relief from the Automatic Stay was to be filed.

## RELIEF REQUESTED

5. Movant now requests that this Honorable Court re-list the hearing on the Motion for Relief from the Automatic Stay for August 20, 2026, at 11:00 a.m.

Respectfully submitted,

METZ LEWIS BRODMAN MUST O'KEEFE

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112

*Counsel for Movant*

Dated: March 6, 2026