IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>RHODIE D FOWLER<br>Debtor,<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, SERVICING AGENT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OA8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA8<br>Movant,<br><br>v.<br><br>RHODIE D FOWLER, and<br>LARRY D FOWLER (Non-Filing Co-Debtor) and<br>KENNETH E WEST, Trustee,<br>Respondents. | Bankruptcy No. 25-14536-djb<br><br>Chapter 13 |

**STIPULATION RESOLVING MOTION FOR RELIEF THE AUTOMATIC STAY**

AND NOW, comes Movant, Newrez LLC D/B/A Shellpoint Mortgage Servicing, Servicing Agent for The Bank Of New York Mellon fka The Bank of New York, as Trustee for the Certficateholders of the CWALT, Inc., Alternative Loan Trust 2007-OA8, Mortgage Pass-Through Certificates, Series 2007-OA8 (the "Movant"), by and through its undersigned counsel, Keri P. Ebeck, Esquire, and Debtor, Rhodie D Fowler (the "Debtor"), by and through their undersigned counsel, Brad J. Sadek, Esquire, and together file this *Stipulation Resolving Motion for Relief & Co-Debtor Relief from the Automatic Stay* (the "Stipulation"), stating as follows:

1. The automatic stay as provided by Section 362 of the Bankruptcy Code shall remain in full force and effect conditioned upon the terms and conditions set forth herein.

2. The Movant holds a mortgage (the "Mortgage") on Debtor's real property located at 983 Allengrove Street, Philadelphia, Pennsylvania 19124.

3. As of the date of this Stipulation, the Debtor is in default of their post-petition payment obligations to Movant in the amount of $14,962.95.

4. Debtor will cure the post-petition arrears:

a. by filing an amended plan within thirty (30) days of Stipulation being approved to include the post-petition arrears due through August 15, 2026, in the amount of $14,962.95.

b. After the post-petition arrears are provided for upon filing of amended plan, Debtor shall, timely, make all future regular monthly payments to Movant pursuant to the terms of the Contract beginning with the September 1, 2026 payment.

Debtors shall direct the payments to:

Shellpoint Mortgage Servicing
PO Box 650840
Dallas, TX 75265-0840

5. Payments must be received by Movant at the above-referenced address on or before the 1st day of each month. Debtor will be in default under the Stipulation in the event that the Debtor fail to comply with the payment terms and conditions in Paragraph 4, *supra.* If Debtor default under this Stipulation, Movant will send Debtor and Debtor's counsel via email brad@sadeklaw.com a Notice of Default. Debtor will have thirty (30) days from the date of the Notice of Default to cure the default. If default is not cured after thirty days, a Certification of Default will be immediately filed with the Court by the Movant.

6. In the event the instant bankruptcy case is converted to a case under Chapter 7 of the Bankruptcy Code, the Debtor shall cure the pre-petition and post-petition arrears within thirty (30) days from the date of such conversion. Should the Debtor fail to cure said arrears within the thirty-day period, such failure shall be deemed a default under the terms of this Stipulation and

Movant will send Debtors and Debtor's counsel via email at brad@sadeklaw.com a written Notice of Default. If the default is not cured within thirty (30) days from the date of the notice, counsel for Movant may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the automatic stay as to the Mortgage.

7. This Stipulation may only be modified by a revised Stipulation filed on the docket in the Bankruptcy. No oral modifications are permitted and any allegation that the Stipulation was modified orally will be disregarded as evidence. No written modifications are permitted, except for a revised Stipulation filed on the docket in the Bankruptcy.

Agreed to by:

By: /s/ *Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
Metz Lewis Brodman Must O'Keefe
444 Liberty Avenue
Suite 2100
Pittsburgh, PA 15222
412-918-1112

*Counsel for Movant*

By: /s/ *Brad J. Sadek*
Brad J. Sadek, Esq
PA I.D. # 90488
brad@sadeklaw.com
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
215-545-0008

*Counsel for the Debtor*

No Objection Without Prejudice to Any Trustee Rights or Remedies
By: /s/ /s/ LeeAne O. Huggins
Kenneth E. West,
Standing Chapter 13 Trustee

Dated: August 15, 2026